# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

IN RE:                                                             CASE NO.: 17-40454-JTL

**Richard Ankrom, Jr.,**                                          CHAPTER 13

**Debtor.**

_____/

## OBJECTION TO MODIFICATION OF PLAN AFTER CONFIRMATION

COMES NOW, DITECH FINANCIAL LLC, (hereinafter referred to as "Movant") who holds a secured lien on the Debtor(s)' real property known as 1733 Biggers Road, Columbus, GA 31904, and files this Objection to Confirmation of Plan.

Movant filed a Proof of Claim in this case on June 28, 2017, Claim No. 3 with pre-petition arrearage of $29,229.83. The Debtor's Chapter 13 Plan fails to list a pre-petition arrearage owed to Movant. The arrears listed in the Plan do not match Movant's pre-petition arrearage amount. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Chapter 13 Plan, or enter such orders that the Court deems just and proper.

                                                                     **RAS CRANE, LLC**

                                                                     /s/ Cristina DiGiannantonio
                                                                     Cristina DiGiannantonio
                                                                     Attorney for Creditor
                                                                     Georgia Bar # 893510
                                                                     RAS Crane LLC
                                                                     10700 Abbott's Bridge Road, Suite 170
                                                                     Duluth, GA  30097
                                                                     Telephone: 470-321-7112
                                                                     Fax: 404-393-1425
                                                                     Email: cdigiannantonio@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 8, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Brace W. Luquire
821 Third Avenue
PO Box 2684
Columbus, GA 31902-2684

Richard Ankrom, Jr.
4459 Bermuda St.
Columbus, GA 31907

Kristin Hurst
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

**RAS CRANE, LLC**

/s/ Cristina DiGiannantonio
Cristina DiGiannantonio
Attorney for Creditor
Georgia Bar # 893510
RAS Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: cdigiannantonio@rascrane.com