# BRACE W. LUQUIRE

ATTORNEY AT LAW

March 28, 2018

Honorable John T. Laney, III
Judge, U.S. Bankruptcy Court
Middle District of Georgia
Post Office Box 2147
Columbus, Georgia 31902-1540

**Re:** Richard Ankrom, Jr.
Chapter 13 Case No. 17-40454
Order on Motion for Modification entered March 27, 2018

Dear Judge Laney:

It has come to my attention that the above referenced Order does not include the language you added to the Order as announced from the bench during the hearing held March 27, 2018. Therefore, I have prepared and uploaded an Amended Order to include that language and respectfully request the Court enter the Amended Order to accurately reflect the Court's ruling.

Thank you for your consideration herein.

Sincerely,

Brace W. Luquire

BWL/zap

OFFICE (706) 322-8557 • FAX (706) 322-2124 • BraceLaw@aol.com • www.BraceLawTalk.com
821 THIRD AVENUE • COLUMBUS, GEORGIA 31901 • POST OFFICE BOX 2684 • COLUMBUS, GEORGIA 31902