**SO ORDERED.**

**SIGNED this 28 day of March, 2018.**



_____
John T. Laney, III
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-40454 |
| ANKROM (JR.), RICHARD | * | |
| | * | CHAPTER 13 |
| Debtor | * | |

## AMENDED ORDER

It appearing that no objections were filed, or any objections filed have been resolved, to the proposed modification of the Debtor's Plan,

IT IS HEREBY ORDERED that the Plan be modified in accordance with the proposed modification and the modified Plan supersede the Plan as originally confirmed. The ongoing post-petition mortgage payments will continue to be paid to Deutsche Bank National Trust Co. directly by the Debtor. The objection of Ditech Financial LLC is overruled.

**END OF DOCUMENT**

Prepared by:
BRACE W. LUQUIRE
Georgia State Bar No. 461400
Attorney for Debtor
Post Office Box 2684
Columbus, Georgia  31902
(706) 322-8557
BraceLaw@aol.com